IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LORIN PORTER, SR.,

    Plaintiff,                            No. CIV S-07-1139 LKK DAD P

    vs.

UNKNOWN,

    Defendant.                      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed September 18, 2007, plaintiff's complaint was dismissed with leave to amend. Plaintiff has filed an amended complaint.

        In his amended complaint, plaintiff challenges the constitutionality of section 3062 of the California Code of Regulations. That regulation provides that "[f]acial hair . . . shall not extend more than one-half inch in length outward from the face." Plaintiff, an Orthodox Christian, alleges that the regulation violates his rights under the Religious Land Use and Institutionalized Persons Act and that defendants have improperly disciplined him for the length of his beard. Plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for the following defendants: James Tilton, Timothy Lockwood, R.J. Subia, and R. Carrillo.

2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed October 16, 2007.

3. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Five copies of the endorsed amended complaint, including the exhibits attached thereto, filed October 16, 2007.[1]

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 15, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
port1139.1am

---

[1] Typically, the court grants a plaintiff thirty days to submit the USM-285 forms and other documents necessary to effect service on defendants. However, plaintiff has notified the court that he has been hospitalized due to partial paralysis. Accordingly, the court will grant plaintiff sixty days to submit the required documents. In the event that plaintiff requires additional time to comply with this order, he should seek an extension of time from the court.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LORIN PORTER, SR.,

      Plaintiff,                    No. CIV S-07-1139 LKK DAD P

    vs.

UNKNOWN,                        <u>NOTICE OF SUBMISSION</u>

      Defendant.            <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____  <u>one</u> completed summons form;

      _____  <u>four</u> completed USM-285 forms; and

      _____  <u>five</u> true and exact copies of the amended complaint, including the exhibits attached thereto, filed October 16, 2007.

DATED: _____.

                                                _____
                                                Plaintiff